# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## Case No: 0:15-cv-01954-ADM-HB

Gwen Dewall,

        Plaintiff,

vs.

American Family Mutual Insurance Company
and S. Robideau Construction, Inc.,

        Defendants.

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED**, by and between the parties thereto, through their respective undersigned attorneys, that the same may be, and it hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

**IT IS FURTHER STIPULATED** that without further notice the clerk of court may enter a judgment of dismissal with prejudice upon the merits and without costs or disbursements to any of the parties.

Dated: September 26, 2018

    s/ *Steven V. Rose*
    Steven V. Rose
    Attorney ID #0296661
    Attorney for Plaintiff Gwen Dewall
    7040 Lakeland Avenue North, Suite 100
    Minneapolis, MN 55428
    (612) 888-1000
    srose@virtuslaw.com

Dated:   September 25, 2018             *s/Mark K. Hellie*
                                        Mark K. Hellie
                                        Attorney ID #0346251
                                        Attorney for Defendant American Family
                                        Mutual Insurance Company
                                        6131 Blue Circle Drive
                                        Eden Prairie, MN 55343
                                        (952) 933-9753, Ext. 62253
                                        mhellie@amfam.com


Dated:  September 25, 2018               s/ *Shannon A. Nelson*
                                        Shannon A. Nelson
                                        Attorney ID #308651
                                        Attorney for Defendant S. Robideau
                                        Construction, Inc.
                                        3600 American Boulevard West, Suite 775
                                        Bloomington, MN 55431
                                        (952) 546-1324
                                        shannon.nelson@sa-trial.com