# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

### Case No: 0:15-cv-01954-ADM-HB

---

Gwen Dewall,

        Plaintiff,

vs.

American Family Mutual Insurance Company
and S. Robideau Construction, Inc.,

        Defendants.

---

### ORDER FOR DISMISSAL

---

Based upon the Stipulation of Dismissal with Prejudice filed by the parties on September 27, 2018 [ECF No. 110],

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and without costs or disbursements to any party.

        BY THE COURT

Dated: September 28, 2018        s/Ann D. Montgomery
        Honorable Ann D. Montgomery
        United States District Judge